In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. ROBERT S. DUBOIS, Respondent.— Report of official referee confirmed. The referee has reported that justice will be done in this matter by a reprimand, to be administered to the respondent. In that recommendation the grievance committee of the Bar Association concurs. This court, therefore, reprimands the respondent for violating the statute‡ which prohibits the division

* See 220 App. Div. 616.— [REP.
† See Lien Law, § 26 et seq., as added by Laws of 1916, chap. 507.— [REP.
‡ See Penal Law, § 274.— [REP.

of fees between an attorney and a layman in consideration of the layman's obtaining law business for the attorney. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.